

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00090-CR

Brandon Edward **COLEMAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7013
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellate counsel's motions to withdraw are GRANTED. Since appellant is indigent, new appellate counsel must be appointed. It is therefore ORDERED that these appeals are ABATED to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). The trial court is ORDERED to appoint new appellate counsel and to cause the trial court clerk to file a supplemental clerk's record in each of these appeals no later than July 2, 2018, containing documentation of such appointment. After the supplemental clerk's records are filed, the appeals will be reinstated on the docket of this court, and a new deadline will be set for the filing of appellant's brief. Appellant's motion for extension of time to file appellant's brief is MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court